IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN DANIAL BUTUSOV,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                            Case No. 14-cv-726-jdp

L.C. WARD,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Brian Danial Butusov's petition for a writ of habeas corpus under 28 U.S.C. § 2241 with prejudice.

| /s/ | 4/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |